UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Varonis Systems, Inc.

                              **Plaintiff(s)**
          - v -                                                    **RULE 7.1 STATEMENT**

Gregory Jarvis

                                                          _____
                              Defendant(s)                              Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Varonis Systems, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Plaintiff Varonis Systems, Inc. states that it is a publicly traded company and no publicly held company owns 10% of more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff Varonis Systems, Inc. is a Delaware corporation with a principal place of business in New York, New York.

Defendant Gregory Jarvis is a Massachusetts citizen who resides in Salem, Massachusetts.

2/27/2023

Date

/s/ A. Michael Weber

Signature of Attorney

_____

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022