# Exhibit D

| | |
|---|---|
| **From:** | Madeline Placencia <mplacencia@varonis.com> |
| **Sent:** | Wednesday, February 8, 2023 9:39 AM |
| **To:** | gregw.jarvis@gmail.com |
| **Cc:** | Joana Llompart |
| **Subject:** | Varonis Systems, Inc.- Separation Information & Next Steps-Gregory Jarvis |
| **Attachments:** | Continuation Coverage Rights Under COBRA.pdf; Gregory Jarvis- Resignation Acknowledgment.doc.pdf; Termination - Greg Jarvis - 006805 & 010570 - T470 and T14s - 771222072571.pdf |

Hi,

See below separation information and next steps:

- Attached is an original copy of your Resignation Acknowledgement for your records.
- Your last day with the company is effective, **February 06, 2023**.
- Your final pay will be processed in the payroll cycle following your effective last day.
- If enrolled, your health benefits will be terminated at the end of day, **February 06, 2023** at 11:59 PM. Insperity will send you information regarding your health insurance options, this should arrive to your home address within 3 weeks.
- Please see below information and attached regarding Cobra if you wish to enroll.
    - Once you go on Cobra, coverage would be retro-active to the first day you lose coverage.
    - If anything were to occur, you will have the ability to apply for Cobra coverage. There will be no gap, as it will begin from the first day of your lost coverage.
    - If you incur any out of pocket expenses you would submit a claim to the COBRA coverage after you enroll.
    - COBRA expense is the full cost of benefits coverage.
    - If you have additional questions, you may also reach out to COBRA hotline below.

| **Benefits and Cobra Questions** (COBRA Hotline) | 866-715-3552  (Insperity Customer Service) |
|---|---|
| | 800-242-8893 ext. 2959 |

- Your **Insperity** account will remain open for the next 18 months; you will be able to update your address, get your W2 and other personal information you may need.
    - See below contact information for Insperity. https://portal.insperity.com

866-715-3552
7 a.m. - 7 p.m. CT Monday-Friday
contact_center@insperity.com

- If you still need to submit expenses within **Nexonia** after your last day, please email dl-expenses@varonis.com to temporarily activate your account.
- If applicable, any future commission payments will be processed and paid to you in accordance with your commission plan – this will be processed through Insperity and after 30 days will be a paper check. **Please keep your address up to date in order to receive these checks.**
    - To receive future reports on your commissions and to confirm for accuracy, you can check in with the commissions team – commission@varonis.com.
- Do you have marketing material (tablecloth & banner) in your possession? If so, I will provide you with a shipping label.

1

- Attached is a shipping label for the return of your **laptop and any company equipment** you may have.  Providing a label in case additional items require return shipping. Please ship it out as soon as possible and do not hesitate to contact me directly if I can be of assistance to you with the return of the laptop.
- Regarding your cell phone, IT disabled the company portal app from your phone, which causes Varonis to have no access to your device. You can then delete the application from your phone.
- If you participate in the ESPP program, any ESPP refund due to you will be added to your final check.
    - Any stock purchases that have been made as part of the ESPP are in your Morgan Stanley Stock Plan Connect account.  Those are your items and you can see them today. After your last day you are no longer part of the ESPP as you are no longer an employee.  Any funds withheld as part of the ESPP will be refunded to you in your final paycheck.

Additional questions? You may contact **Morgan Stanley** directly:
Local Phone: (212) 692-2886
Toll Free Phone: (877) 248-4796
Dedicated Email: varonis@morganstanley.com

I would like to take this opportunity to thank you for your time with the company and wish you success in the future.

Please let me know if you have any questions.

Thank You,



**Madeline Placencia**
Human Resources Specialist
e: mplacencia@varonis.com | o: 646.640.2070 | f: 646.417.5184
www.varonis.com / Varonis Systems
1250 Broadway 29th Floor, New York, NY 10001
#VaronisLife



2



February 7, 2023

Mr. Gregory Jarvis

Dear Gregory,

On behalf of Varonis Systems, Inc. (the "**Company**"), I hereby acknowledge receipt of your resignation notice from February 6, 2023. Please be informed that your employment with the Company and Insperity PEO Services, L.P, shall be terminated effective as of February 6, 2023 (the "**Effective Date**").

Pursuant to your offer letter dated June 26, 2014 and the At-Will Employment, Confidential Information, Invention Assignment and Arbitration Agreement dated June 30, 3014 (collectively, the "**Agreements**"), to the extent not already returned, you are kindly requested to return immediately to the Company any and all of the Company's materials, equipment and assets held by you, including without limitations the Company's laptop computer (unlocked), all copies of all written and tangible material in your possession or under your control, incorporating the "Confidential Information" or otherwise relating to the Company's business, products demos, price lists, financial information and marketing materials, without retaining any copies thereof, and to delete any information of the Company which you may have in a digital format and to confirm such deletion.

**Further, you are advised of your obligations under the Agreements, specifically with regard to your secrecy, non-competition and non-solicitation obligations towards the Company, and you are being asked to respect such obligations and adhere to such provision. In any event, you should refrain from discussing in any way any business issues of the Company with any other third party, including without limitations, any future employer.**

Regards,
Varonis Systems, Inc.

*DocuSigned by:*
*Dana Shahar*
—9B71BA347F544D2...
Dana Shahar, CHRO



www.varonis.com