# Exhibit F

**Complete with DocuSign: Gregory Jarvis- Termination Certificate (New)(Exhibit B).docx** ⓘ

Envelope ID
From: Madeline Placencia
Last change on 2/14/2023 | 05:58:20 pm
Sent on 2/8/2023 | 09:55:45 pm

🕐 Waiting for Others

| CORRECT | MOVE | RESEND | MORE ▾ |

## Recipients

CURRENT

| 1 | Gregory Jarvis<br>gregw.jarvis@gmail.com | ✏ | Needs to Sign<br>Viewed on 2/14/2023 \| 05:58:20 pm |

WAITING

| 2 | Joana Llompart<br>jllompart@varonis.com | CC | Receives a Copy |