# Exhibit G



**Complete with DocuSign: Gregory Jarvis- Termination Certificate (New)(Exhibit B).docx** ⓘ

Envelope ID
From: Madeline Placencia
Last change on 2/21/2023 | 10:44:29 am
Sent on 2/8/2023 | 09:55:45 pm

🕐 **Waiting for Others**

[ CORRECT ]  [ MOVE ]  [ RESEND ]  [ MORE ▾ ]                                        [ ⬇ ]  [ 🖨 ]

---

**Recipients**                                                                    ⧉ **SIGNING ORDER**

CURRENT

1   **Gregory Jarvis**                                                ✎   Needs to Sign
    gregw.jarvis@gmail.com                                               Viewed on 2/21/2023 | 10:44:28 am

WAITING

2   **Joana Llompart**                                               CC   Receives a Copy
    jllompart@varonis.com

**Message**

No message has been entered.

Gregory Jarvis- T...
Pages: 1

1