# Exhibit H





### Greg Jarvis
Sales Manager – Channel East at Varonis

Brookline, Massachusetts, United States

2K followers · 500+ connections

Join to view profile

**Varonis**

**Suffolk University**

## Activity



**Never forget those who helped you along way! Ken Spinner gave me my first opportunity as a #salesengineer back in 2013. He's no longer with us, but I...**

Liked by Greg Jarvis



Our GRC team is growing and we have two open roles: Sr Mgr GRC - Risk Management (remote) Third Party Risk Analyst (remote) Send me a message if…

Liked by Greg Jarvis



Today on #CISOPredicts we have Adam Glick, CISO at SimpliSafe, share his prognosis for #cybersecurity in 2023. Click here to read about his "doing…

Liked by Greg Jarvis

Join now to see all activity

## Experience



**Varonis**
8 years 8 months

**Enterprise Account Manager**
Dec 2019 - Present · 3 years 3 months

**Sales Manager – Channel East**
Jul 2015 - Dec 2019 · 4 years 6 months

**Channel Manager - Northeast**
Jul 2014 - Jul 2015 · 1 year 1 month

 

### Account Executive
K logix, LLC

Apr 2013 - Jul 2014 · 1 year 4 months

Greater Boston Area

### Operations
CLS Group.

2011 - 2013 · 2 years

Greater New York City Area

### Operations
Bank of America

2007 - 2010 · 3 years

London, United Kingdom

# Education

**Suffolk University**
-
2002 - 2006

**St. Lawrence University**
-

**St. Lawrence University**
-

# More activity by Greg





Liked by Greg Jarvis



My final day at Fortinet after 7 remarkable years was on Friday of last week. Farewells are never easy. Even more so if you have spent the last 7…

Liked by Greg Jarvis



Without visibility of your assets, Zero Trust initiatives can not be successful. Learn the level of visibility needed for Zero Trust and how Federal…

Liked by Greg Jarvis





Liked by Greg Jarvis



Check out what workshops, talks, and parties MongoDB will be hosting at re:Invent. #awsreinvent #mongodb #mongodbatlas #awspartner

Liked by Greg Jarvis



We are pleased to announce Jessica Wood as the new Senior Director of Health System Sales. As a Six Sigma LEAN Certified medical sales professional,…

Liked by Greg Jarvis





Liked by Greg Jarvis



#Sustainability targets are important, but it's the journey towards them where L.E.K.'s John Goddard sees real #opportunities for smart businesses…
Liked by Greg Jarvis

## View Greg's full profile

- See who you know in common
- Get introduced
- Contact Greg directly

Join to view full profile

## People also viewed

**Loni Soulliere**
Channel Account Manager at Varonis
Detroit Metropolitan Area

**Jared Hale**
Varonis-Director of Sales Northeast
Boston, MA

**Doug Colburn**
Data Protection/Compliance/Threat Detection & Response
Bridgewater, MA

**Michael Scott**
Channel Manager at Varonis
Dallas-Fort Worth Metroplex

**Julianne Crowley**
Channel Account Manager at Varonis



Manager US Public Sector Channel at Varonis
Ashburn, VA

**Gabriel Willey**
Account Manager at Varonis
Indianapolis, IN

**Eric Zhao**
Commercial Sales Manager at Varonis
Queens County, NY

**Haley Cogliano**
Enterprise Account Manager at Varonis
New York, NY

**Pete Carroll**
Varonis - Sales Director - NYC
New York, NY

Show more profiles

### Looking for career advice?
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Others named Greg Jarvis


**Greg Jarvis**
Executive General Manager, Energy Supply and Operations at Origin Energy
Greater Sydney Area


**Greg Jarvis**
Lipids, mRNA, LNP/liposome CDMO services
Greater Boston


**Greg Jarvis**
Director - Bluelab
Bay of Plenty, New Zealand


**Greg Jarvis**
Managing Director, Media and Entertainment
Orange County, CA


**Greg Jarvis**
I Help Investors Reduce The Risk Of Capital Loss On Their Unit Trust Investments Immediately Using Technology
City of Johannesburg

122 others named Greg Jarvis are on LinkedIn

See others named **Greg Jarvis**

 

 Strategic Partnerships

 Azure: Understanding the Big Picture

 CCSK Cert Prep: 1 Cloud Architecture

See all courses

## Greg's public profile badge

Include this LinkedIn profile on other websites



View profile badges

| | |
|---|---|
| LinkedIn © 2023 | About |
| Accessibility | User Agreement |
| Privacy Policy | Your California Privacy Choices |
| Cookie Policy | Copyright Policy |
| Brand Policy | Guest Controls |
| Community Guidelines | Language |