UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> GREGORY JARVIS, <br><br> Defendant. | Case No.: 23-cv-1586 <br><br> **DECLARATION OF A. MICHAEL WEBER** |

**A. Michael Weber**, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

1.  I am a Shareholder with the law firm Littler Mendelson, P.C., counsel for Plaintiff Varonis Systems, Inc. ("Varonis") in the above-captioned case. I am familiar with the facts and circumstances associated with this case and make this declaration in support of Plaintiff's motion for a temporary restraining order, a preliminary injunction, and expedited discovery brought by order to show cause.

2.  For the reasons stated in the accompanying memorandum of law and the attached declarations of Gregory Pomeroy and Dana Shahar, and the exhibits annexed thereto, an order to show cause is necessary because Defendant Gregory Jarvis is breaching his Employment Agreement with Varonis and will continue to do so, thereby causing irreparable harm to Varonis, unless and until immediate injunctive relief is granted.

3.  For the same reasons stated in Paragraph 2, Varonis requests expedited discovery so that it can expeditiously depose Defendant Jarvis and obtain key documents to assess the extent of Defendant Jarvis's violations and prevent further irreparable harm.

4.  On February 26, 2023, at approximately 6:39 p.m., I sent Mr. Jarvis a letter by email to his personal email address on record with Plaintiff, as well as mailed the letter via FedEx delivery to his last known home address informing him that Plaintiff would be submitting an

application for a temporary restraining order, preliminary injunction, and expedited discovery, in the United District Court for the Southern District of New York on February 27, 2023 and requesting a hearing date for as soon as possible. I included the Order to Show Cause, Summons, Complaint, Declarations of Gregory Pomeroy and Dana Shahar, and the exhibits annexed thereto, the Memorandum of Law in support of Plaintiff's Application for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery and I advised him that we would inform him of the place, date and time that the Court will hear the application. A true and correct copy of my letter to Mr. Jarvis is attached to this Declaration as Exhibit A.

5. On February 27, 2023, at approximately 8:58 a.m., I arranged for service of process on Mr. Jarvis and will file an affidavit of service once service has been effectuated.

6. Plaintiff has not made a previous application for the same relief sought in its order to show cause and its motion for a temporary restraining order, preliminary injunction, and expedited discovery.

Dated: February 27, 2023
New York, New York

/s/
A. Michael Weber