# EXHIBIT A



**Littler Mendelson, P.C.**
900 Third
New York, Avenue NY  10022.3298

A. Michael Weber
212.583.2660 direct
212.583.9600 main
212.832.2719 fax
mweber@littler.com

February 26, 2023

**BY FEDEX & EMAIL** @ gregw.jarvis@gmail.com
Gregory Jarvis
1 Good Circle
Salem, Massachusetts 01970

Re:     Varonis Systems, Inc. v. Gregory Jarvis

Dear Mr. Jarvis:

Our firm represents Varonis Systems, Inc.  Please be advised that we will filing an application for a temporary restraining order, preliminary injunction, and expedited discovery against you.  The application will be submitted in the United States District Court for the Southern District of New York on February 27, 2023, at which time we will ask for a hearing as soon as possible.  We will inform you of the place, date, and time that the Court will hear the application.

We enclose copies of the following documents, which we intend to file with the Court:

- Summons;
- Rule 7.1 Corporate Disclosure Statement;
- Complaint;
- Declaration of Gregory Pomeroy;
- Declaration of Dana Shahar and the exhibits annexed thereto;
- Plaintiff's Memorandum of Law in support of its Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; and
- Proposed Order to Show Cause for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery.

Very truly yours,

/s/ A. Michael Weber
A. Michael Weber