UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

VARONIS SYSTEMS, INC.,

              Plaintiff,

    - against -

GREGORY JARVIS,

              Defendant.
───────────────────────────────

23-cv-1586 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during today's telephone conference, another conference will be held tomorrow, **Tuesday, February 28, 2023, at 5 p.m.** Dial-in: (888) 363-4749, with access code 8140049.

The defendant should file any opposition to the plaintiff's motion for a temporary restraining order before the telephone conference tomorrow.

SO ORDERED.

Dated:    New York, New York
            February 27, 2023

                                              _____
                                              John G. Koeltl
                                          United States District Judge