UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VARONIS SYSTEMS, INC.,

            Plaintiff,

- against -

GREGORY JARVIS,

            Defendant.

---

23-cv-1586 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed during today's telephone conference, another telephone conference will be held tomorrow, **Wednesday, March 1, 2023, at 1 p.m.** Dial-in: (888) 363-4749, with access code 8140049.

The parties are encouraged to finalize and submit any proposed agreement to the Court before the conference, which could obviate the need for the conference.

SO ORDERED.

Dated:    New York, New York
           February 28, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge